UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRISPIN ABARIENTOS, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *   Civil Action No. 20-cv-10855-IT |
| | * |
| STEPHEN SPAULDING, | * |
| *Warden of Federal Medical Center* | * |
| *Devens, in his official capacity* | * |
| | * |
| Respondent. | * |

MEMORANDUM & ORDER

January 15, 2021

TALWANI, D.J.

　　Pending before the court is Petitioner Crispin Abarientos' Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 Seeking Immediate Release from FMC Devens [#1]. Petitioner, who was, at the time of filing, detained at The Federal Medical Center in Fort Devens, Massachusetts ("FMC Devens"), has since been transferred to the United States Penitentiary, Canaan ("USP Canaan") in Pennsylvania. Notice of Transfer [#26]. Pursuant to 28 U.S.C. § 2241(a), "[w]rits of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." The Supreme Court has held that "[t]he plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement,[1] jurisdiction lies in only one district: the district of confinement." Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004). Petitioner is no longer confined in this district and does not contend that any exception to this general

---

[1] In denying Respondent's Motion to Dismiss [#11], the court found that Petitioner was seeking release as "the only means of protecting" him from the Covid-19 pandemic and, thus, the Petition [#1] was properly brought pursuant to 28 U.S.C. § 2241. Order 2-3 [#19].

territorial jurisdiction rule applies. Petitioner's Status Report [#31]. Accordingly, Petitioner's Habeas Petition [#1] is DISMISSED without prejudice for lack of jurisdiction.

    IT IS SO ORDERED.

Date: January 15, 2021                                                                /s/ Indira Talwani
                                                                                          United States District Judge